# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### TERRE HAUTE DIVISION

| | | |
|---|---|---|
| In re: | § | Case  No. 10-80541-JJG-7A |
| | § | |
| DAVID BULL (Deceased) | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>04/14/2010</u>.  The undersigned trustee was appointed on <u>04/14/2010</u>.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.      The trustee realized gross receipts of                          $84,556.93

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $26,112.70 |
   | Bank service fees | $1,718.26 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | | |
   | Leaving a balance on hand of[1] | $56,725.97 |

   The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6. The deadline for filing non-governmental claims in this case was <u>12/22/2010</u> and the deadline for filing government claims was <u>10/11/2010</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$7,477.85</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$7,477.85</u>, for a total compensation of <u>$7,477.85</u>[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$771.69</u>, for total expenses of <u>$771.69</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>03/24/2016</u>                          By:    /s/ Richard W. Lorenz
                                                       Richard W. Lorenz
                                                       Chapter 7 Trustee
                                                       PO Box 46
                                                       Spencer, IN 47460
                                                       Phone: (812) 829-5832
                                                       Email: trustee@hickamlorenz.com

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1                    Exhibit A

| | | |
|---|---|---|
| Case No.: | <u>10-80541-JJG</u> | |
| Case Name: | <u>BULL, DAVID</u> | |
| For the Period Ending: | <u>3/24/2016</u> | |

| | |
|---|---|
| Trustee Name: | <u>Richard W. Lorenz</u> |
| Date Filed (f) or Converted (c): | <u>04/14/2010 (f)</u> |
| §341(a) Meeting Date: | <u>05/25/2010</u> |
| Claims Bar Date: | <u>12/22/2010</u> |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1    3560 STATE ROAD 46, NASHVILLE, INDIANA 47448 | $545,100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**    Joint with spouse, Peggy Rollins Bull  Note-Deed of Record shows Peggy Robbins Bull   4.046A<br>TE adjusted Gross Value to reflect DBTR's interest only. | | | | | |
| 2    CHECKING | $3,055.71 | $3,055.71 | | $0.00 | FA |
| **Asset Notes:**    Acct #xxxx1458 | | | | | |
| 3    HOUSEHOLD GOODS & FURNISHINGS | $3,000.00 | $3,000.00 | | $0.00 | FA |
| 4    CLOTHING | $100.00 | $100.00 | | $0.00 | FA |
| 5    OWEN CO - FLETCHERS 1ST ADD LOT 34    (u) | Unknown | $22,800.00 | OA | $0.00 | FA |
| **Asset Notes:**    PT LOT 34 FLETCHER'S FIRST ADD  TITLED DAVID E. BULL AND PEGGY BULL, "HUSBAND AND WIFE"  FRBP 2004 EXAM EXH A   359 E. FRANKLIN ST., SPENCER, IN<br>TE adjusted Gross Value to reflect DBTR's interest only. | | | | | |
| 6    OWEN CO - PT NE S1-T9-R5 , 6.5 ACRES    (u) | Unknown | $300.00 | | $0.00 | FA |
| **Asset Notes:**    TITLED COBBLESTONE DEVELOPMENT CORP., DAVID BULL, AND PEGGY BULL<br>FRBP 2004 EXAM EXH B   2699 STRAIGHT LINE ROAD, FREEDOM, IN<br>TE adjusted Gross Value to reflect DBTR's interest only. | | | | | |
| 7    OWEN CO - W 1/2 NW S32-T9-R4, 8 ACRES    (u) | Unknown | $56,250.00 | | $59,839.33 | FA |
| **Asset Notes:**    PORTION OF RESIDENCE HAS WORKSHOP BUILDING FOR D&C DISTRIBUTING INC.  TITLED COBBLESTONE DEVELOPMENT CORP., DAVID BULL AND PEGGY BULL,  FRBP 2004 EXAM EXH C   7600 S. U.S. HWY 231, FREEDOM, IN<br>Parcel No. 60-16-32-200-050.000-017<br>TE adjusted Gross Value to reflect DBTR's interest only. | | | | | |
| 8    OWEN CO - PT W 1/2 NW S32-T9-R4,   28 ACRES    (u) | Unknown | $495,000.00 | | $0.00 | FA |
| **Asset Notes:**    FRANKLIN TWP -RESIDENCE  TITLED TO DAVID BULL, AN ADULT, AND PEGGY ROBBINS, AN ADULT, "AS JOINT TENANTS WITH FULL RIGHT OF SURVIVORSHIP"  FRBP 2004 EXAM EXH D   7642 S. U.S. HWY 231, FREEDOM, IN<br>TE adjusted Gross Value to reflect DBTR's interest only. | | | | | |
| 9    OWEN CO - PT NW NW S7-T9-R4, 8.26 ACRES (TRACT 1)    (u) | Unknown | $16,600.00 | | $9,129.10 | FA |
| **Asset Notes:**    TRACT 2 ON DEED HAS BEEN SOLD   TITLED COBBLESTONE LOG HOMES, INC., DAVID BULL, PEGGY BULL, AND COBBLESTONE DEVELOPMENT CORP.   FRBP 2004 EXAM EXH E   3646 STRAIGHT LINE ROAD, FREEDOM, IN   Debtor Corp did not disclose land contract sale to Ronald M. Church & Alice Church.  Debtor Corp has been collecting the contract payments made since the date of the bankruptcy filing.   Closing held 6-28-13.  Settlement check issued 7-24-13 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:    2                 Exhibit A

| | |
|---|---|
| Case No.: | 10-80541-JJG |
| Case Name: | BULL, DAVID |
| For the Period Ending: | 3/24/2016 |

| | |
|---|---|
| Trustee Name: | Richard W. Lorenz |
| Date Filed (f) or Converted (c): | 04/14/2010 (f) |
| §341(a) Meeting Date: | 05/25/2010 |
| Claims Bar Date: | 12/22/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10 | OWEN CO - PT NW S6-T9-4W,  5.62 ACRES  (u) | Unknown | $10,750.00 | | $0.00 | FA |
| **Asset Notes:** | "LIFE ESTATE" TO JACK A. GILDERLAND A 77 YEAR OLD NEIGHBOR  TITLED TO COBBLESTONE DEVELOPMENT CORP., DAVID BULL AND PEGGY BULL.  FRBP 2004 EXAM EXH F  LAND: $23,800  IMP:  $ 8,500  DATE OF DEATH OF MR. GILDERLAND 10/11/2011.   2740 STRAIGHT LINE ROAD, FREEDOM, IN   TE adjusted Gross Value to reflect DBTR's interest only. | | | | | |
| 11 | BARTHOLOMEW CO -  LOT 21 SOUTH HILL FARM ESTATES  (u) | Unknown | $23,750.00 | OA | $0.00 | FA |
| **Asset Notes:** | SEC 2 PHASE 1    PINE LAKE CT, ELIZABETHTOWN, INDIANA  BARTHOLOMEW COUNTY  TITLED DAVID BULL AND PEGGY BULL, "HUSBAND AND WIFE"  FRBP 2004 EXAM EXH G   TE adjusted Gross Value to reflect DBTR's interest only. | | | | | |
| 12 | BROWN CO - PT OF FRAC SW NE S4-T8-R2 APR 8 ACRES  (u) | Unknown | $155,000.00 | | $0.00 | FA |
| **Asset Notes:** | BROWN CO - PT OF FRAC SW NE S4-T8-R2 15.45   TITLED DAVID BULL AND PEGGY BULL, "HUSBAND AND WIFE".  FRBP 2004 EXAM EXH H  AUDITORS RECORDS SHOW ADDITIONAL PARCELS DEEDED OFF LEAVING 8.24 ACRES   TE adjusted Gross Value to reflect DBTR's interest only. | | | | | |
| 13 | BROWN CO - PT S4-T8-R2 2.604 A  (u) | Unknown | $14,000.00 | | $0.00 | FA |
| **Asset Notes:** | PARCEL NO 2:  PT SE NW S4, T8N, R2E CONTAINING 4.046 ACRES MORE OR LESS    TITLED DAVID BULL AND PEGGY BULL, "HUSBAND AND WIFE"  FRBP 2004 EXAM EXH I   TE adjusted Gross Value to reflect DBTR's interest only. | | | | | |
| 14 | BROWN CO - PT SW NE S4-T8-R2, 4.51 ACRES  (u) | Unknown | $142,250.00 | | $0.00 | FA |
| **Asset Notes:** | TITLED DAVID BULL AND PEGGY BULL, HUSBAND AND WIFE   TE adjusted Gross Value to reflect DBTR's interest only. | | | | | |
| 15 | BROWN CO. - PT SW NE S4-T8-R2 , 2.00 ACRES  (u) | Unknown | $108,250.00 | | $0.00 | FA |
| **Asset Notes:** | TITLED  DAVID BULL AND PEGGY BULL,  HUSBAND AND WIFE   TE adjusted Gross Value to reflect DBTR's interest only. | | | | | |
| 16 | BROWN CO. - PT SW NE S4-T8-R2, 2.21 ACRES  (u) | Unknown | $1,200.00 | | $0.00 | FA |
| **Asset Notes:** | TITLED DAVID BULL AND PEGGY BULL, HUSBAND AND WIFE  DEED HAS SURVEY ATTACHED INDICATING CABIN ON PROPERTY   TE adjusted Gross Value to reflect DBTR's interest only. | | | | | |
| 17 | BROWN CO. - PT FRAC SW NE S4-T8-R2, .241 ACRES  (u) | Unknown | $600.00 | | $0.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:    3                    Exhibit A

| | | |
|---|---|---|
| **Case No.:** | 10-80541-JJG | |
| **Case Name:** | BULL, DAVID | |
| **For the Period Ending:** | 3/24/2016 | |

| | | |
|---|---|---|
| **Trustee Name:** | Richard W. Lorenz |
| **Date Filed (f) or Converted (c):** | 04/14/2010 (f) |
| **§341(a) Meeting Date:** | 05/25/2010 |
| **Claims Bar Date:** | 12/22/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Asset Notes:**   TITLED DAVID BULL AND PEGGY BULL, HUSBAND AND WIFE | | | | | |
| TE adjusted Gross Value to reflect DBTR's interest only. | | | | | |
| **Ref. #** | | | | | |
| 18    2008 SURE TRAC 2 AXLE TRAILER    **(u)** | Unknown | $1,200.00 | | $0.00 | FA |
| **Asset Notes:**   TITLED D&C SALES/COBBLESTONE FARM AND COBBLESTONE FARMS (ALL D/B/A)   FRBP 2004 EXAM  EXH M | | | | | |
| 19    2008 GMC PICKUP    **(u)** | Unknown | $27,000.00 | | $0.00 | FA |
| **Asset Notes:**   TITLED COBBLESTONE DEVELOPMENT CORP.   FRBP 2004 EXAM EXH N | | | | | |
| 20    2007 LINCOLN    **(u)** | Unknown | $18,575.00 | | $0.00 | FA |
| **Asset Notes:**   TITLED DAVID E. & PEGGY ROBBINS BULL  LIEN HOLDER IS COBBLESTONE SALES (A D/B/A)  FRBP 2004, EXH L | | | | | |
| 21    2008 HUMMER HH3    **(u)** | Unknown | $23,550.00 | | $0.00 | FA |
| **Asset Notes:**   TITLED COBBLESTONE FARMS (A D/B/A)  FRBP 2004 EXAM, EXH K | | | | | |
| 22    100 SHARES OF COBBLESTONE    **(u)** DEVELOPEMENT CORP | Unknown | $10,000.00 | | $0.00 | FA |
| **Asset Notes:**   100 SHARES OF THE 550 SHARES ISSUED AVAILABLE  Trustee value estimated. | | | | | |
| 23    100 SHARES OF BROWN COUNTY    **(u)** GETAWAYS, INC. | Unknown | $10,000.00 | | $0.00 | FA |
| **Asset Notes:**   100 SHARES OF THE 500 SHARES ISSUED   Trustee value estimated. | | | | | |
| 24    SHARES OF D & C DISTRIBUTING INC.    **(u)** | Unknown | $10,000.00 | | $0.00 | FA |
| **Asset Notes:**   DEBTOR LISTED AS REGISTERED AGENT AND SECRETARY OF CORP THROUGH THE INDIANA SECRETARY OF STATE. FURTHER LISTED AS AN ACTIVE CORPORATION  Trustee value estimated. | | | | | |
| 25    SHARES OF COBBLESTONE LOG HOMES,    **(u)** INC. | Unknown | $50,000.00 | | $0.00 | FA |
| **Asset Notes:**   DEBTOR LISTED AS REGISTERED AGENT, INCORPORATOR  AND SECRETARY OF CORP THROUGH THE INDIANA SECRETARY OF STATE. FURTHER LISTED AS AN ACTIVE CORPORATION  Trustee value estimated. | | | | | |
| 26    Inventory, Parts & Equipment    **(u)** | $0.00 | $20,000.00 | | $15,588.50 | FA |

**TOTALS (Excluding unknown value)**                                                       **Gross Value of Remaining Assets**

$551,255.71            $1,223,230.71                    $84,556.93                    $0.00

**Major Activities affecting case closing:**

**FORM 4**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    4                    Exhibit A

| | |
|---|---|
| Case No.: | 10-80541-JJG |
| Case Name: | BULL, DAVID |
| For the Period Ending: | 3/24/2016 |

| | |
|---|---|
| Trustee Name: | Richard W. Lorenz |
| Date Filed (f) or Converted (c): | 04/14/2010 (f) |
| §341(a) Meeting Date: | 05/25/2010 |
| Claims Bar Date: | 12/22/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 03/23/2016 | TFR TO UST. |
| 02/24/2016 | Filed COS on Order Approving Payment of Spc Cnsl RWL. Wrote check paying Spc Cnsl. |
| 02/23/2016 | Order issued approving payment of Special Counsel RWL. |
| 01/29/2016 | Filed new App to Pay Spc Cnsl RWL $14,012.50. Order #624977.pdf Mailed copy to Dbtr & Noticing parties. |
| 01/29/2016 | Notice issued on Spc Cnsl Fee App. Obj Due by 2/19/16. |
| 01/28/2016 | Withdrew App to Pay RWL as Spc Cnsl. Need to refile a new App. |
| 01/27/2016 | Filed App to Pay Spc Cnsl RWL - $15,413.75. Order #624753.pdf.  Mailed copies to Dbtr & Haygoods. |
| 01/05/2016 | Filed COS on 1st Omnibus Order. Mailed copies to creditors & noticing parties. |
| 12/21/2015 | Order issued on 1st Omnibus Objection. |
| 12/14/2015 | Withdrew Amended 1st Omnibus. |
| 12/14/2015 | Uploaded new order on 1st Omnibus #620619.pdf. |
| 12/10/2015 | Claim #2 was WITHDRAWN. |
| 12/03/2015 | Order issued approving Agreed Entry. |
| 12/02/2015 | Filed Agreed Entry re: Indiana Dept of Revenue. |
| 12/02/2015 | Filed Amended 1st Omnibus. Order #619475.pdf.  Response Due: 1/4/16. Mailed copies to Dbtr & noticing parties. |
| 11/13/2015 | Called Dale Coffey's office to request they withdraw Claim #2 of Daniel & Carol Holder for the fact the judgment has been satisfied and released on August 9, 2013. Spoke to his secretary and she said they'd get it taken care of. |
| 11/12/2015 | Emailed Courtney Scott & Todd Nichols to file their amended claim 1-6 (A, B & C) as soon as possible so we can file this agreed entry by Monday when its due. |
| 11/09/2015 | Conference call with Todd Nichols & Courtney Scott @ IRS to determine tax warrants, claim validity, amounts of Amended Claim to be filed prior to HRG today. |
| 11/03/2015 | RWL sent email to Todd Nichols at IDOR regarding outstanding tax warrants and amending their claim. |
| 09/30/2015 | NOTICE OF STATUS HRG REQUESTED BY RWL: SET FOR OCT 8, 2015 1:30 PM EVANSVILLE RM 359 - RESP FILED BY IRS & IDR. |
| 09/29/2015 | FILED MTN TO SET STATUS HRG RE: OMNIBUS OBJECTION TO CLAIMS. MAILED COPIES TO DBTR & HAYGOOD. |
| 09/18/2015 | FILED AMENDED TE'S REPORT OF SALE (HOCHSTETLER SALE). MAILED COPIES TO DBTR & NOTICING PARTIES. |
| 09/16/2015 | FILED REPORTS OF SALE - CHURCH & HOCHSTETLER. MAILED COPIES TO DBTRS & PARTIES OF INTEREST. |
| 08/28/2015 | NOTICE OF HRG: IRS RESPONSE TO TE'S OMNIBUS OBJECTION |
| 08/26/2015 | CHECKED CLAIMS FOR ANY AMENDMENTS OR NEW CLAIMS FILED. NO CHANGES WERE FILED. ORDER WILL STAND AS PREVIOUSLY UPLOADED. IDR HAS NOT YET MADE ANY CHANGES TO THEIR CLAIM. |
| 07/27/2015 | FILED 1ST OMNIBUS OBJECTION. ORDER #605576.PDF. RESP DUE: 8/26/15. MAILED COPIES TO DBTR; NOTICING PARTIES & CREDITORS. |
| 04/22/2015 | FILED COS ON ORDER TO EMPLOY REALTOR.  ORDER ISSUED 4-21-15. |
| | FILED COS ON ORDER TO SELL REAL ESTATE.  ORDER ISSUED 4-22-15. |
| 04/08/2015 | Order Granting Motion to Shorten Notice Time to April 20, 2014.  COS filed. |
| 04/08/2015 | Filed Notice of Motion to Sell w/COS. |
| 04/07/2015 | Filed Motion to Employ Realtor, Terry Ranard; Motion to Sell Real Estate,; and Motion to Shorten Notice Time to April 20, 2015. |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:  5                    Exhibit A

| | |
|---|---|
| **Case No.:** | 10-80541-JJG |
| **Case Name:** | BULL, DAVID |
| **For the Period Ending:** | 3/24/2016 |

| | |
|---|---|
| **Trustee Name:** | Richard W. Lorenz |
| **Date Filed (f) or Converted (c):** | 04/14/2010 (f) |
| **§341(a) Meeting Date:** | 05/25/2010 |
| **Claims Bar Date:** | 12/22/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

01/31/2015  TE HAS LEARNED THAT THE DEBTOR'S WIDOW IS ATTEMPTING TO SELL ASSET #7 (8 ACRES).  TE MAY NEED TO FILE OMNIBUS OBJECTION, BUT IS AWAITING CALLBACK FROM IDR/IRS ON THEIR CLAIMS.

12/18/2014  TE has learned that the DBTR's surviving wife has listed property for sale and there is a possible buyer for asset #7.

12/03/2014  Received notice of the death of the DBTR on November 13, 2014.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:     6                    Exhibit A

| Case No.: | 10-80541-JJG | | | Trustee Name: | Richard W. Lorenz |
| Case Name: | BULL, DAVID | | | Date Filed (f) or Converted (c): | 04/14/2010 (f) |
| For the Period Ending: | 3/24/2016 | | | §341(a) Meeting Date: | 05/25/2010 |
| | | | | Claims Bar Date: | 12/22/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

11/13/2014     HRG ON MTN FOR TURNOVER HELD.  MOTION GRANTED.  ORDER TO BE SUBMITTED.

NOVEMBER 8, 2013  TE DISCOVERED DEBTOR WAS HOLDING AN AUCTION OF UNSCHEDULED ASSETS, SCHEDULED FOR TOMORROW, NOVEMBER 9, 2013. FILED MOTION FOR TURNOVER, MOTION TO SHORTEN TIME, AND MOTION TO SET EMERGENCY HEARING.

October 31, 2013 (MD)  TE TALKED WITH DATTY REGARDING THE STATUS OF THE DEBTOR'S FILING OF THE MISSING TAX RETURNS.

May 3, 2012 (MB)  Order on TE's Complaint to Set Aside Fraudulent Transfers and TE's Complaint to Avoid Preferential Transfers issued.

March 13, 2013 (MD) TRIAL HELD.  DEFENDANTS DID NOT APPEAR.  COUNSEL FOR DEFENDANTS APPEARED.  ATTY FOR TE PRESENTED EVIDENCE AND EXHIBITS ADMITTED.  ATTY/TE TO SUBMIT ORDER.

December 5, 2012 (MB)  Continuance requested by Skillman.  Reset to March 13, 2013 at 10:00.

October 8, 2012 (MB)  Trial continued to December 5, 2012.

July 26, 2012 (MD)  ADVERSARY TRIAL HAS BEEN SET FOR OCTOBER 8, 2012.

May 01, 2012 (MD) THE TRUSTEE HAS COMPLETED THE NON-DISCHARGEABILITY ADVERSARY COMPLAINT.  THE REMAINING ADVERSARY COMPLAINT FOR SETTING ASIDE REAL ESTATE TRANSFERS DEEMED PREFERENTIAL OR FRAUDULENT.  TRUSTEE WILL FILE LIS PENDES NOTICES ON ALL REAL ESTATE PARCELS.  DEBTOR IS ATTEMPTING TO LIQUIDATE PARCELS TO PAY ALL CLAIMS.  Debtor has voluntarily listed the majority of properties involved and desires to sell the properties to liquidate the filed claims of the estate.

September 09, 2011 (MD)  TRIAL HLD.  TE TO SUBJECT JUDGMENT ORDER.  DISCHARGE DENIED.

August 17, 2011 (MD)  Corrected Notice of Hearing on Adversary Case #11-58011, Lorenz v. Bull, David & Peggy set for 9-7-11 @ 9:50 a.m.

July 12, 2011 (MB)  Filed Mtn to Continue Adversary Hrg.

May 04, 2011 (MD)  Debtor withdrew objection to claim #1 filed by IDR.

April 18, 2011 (MD)  Hearing set for 5-13-11 @ 9:00 a.m. on IDR's response to  Debtor's objection to their claim.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    7                    Exhibit A

| Case No.: | 10-80541-JJG | | Trustee Name: | Richard W. Lorenz |
| Case Name: | BULL, DAVID | | Date Filed (f) or Converted (c): | 04/14/2010 (f) |
| For the Period Ending: | 3/24/2016 | | §341(a) Meeting Date: | 05/25/2010 |
| | | | Claims Bar Date: | 12/22/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

April 14, 2011 (MD)  Summons & Complaint mailed to Defendants.  COS filed with Court, docs #05 & #06.

April 08, 2011 (MD)  Summons issued.  COS due by 4-18-11.  Answer due by 05-09-11.

April 06, 2011 (MD)  TE filed adversary complain #11-58011t on fraudulent and preferential transfers.

April 06, 2011 (MD)  PTC held.  Trial set for August 12, 2011 @ 9:00 a.m. / all day.

January 05, 2011 (MD)  TE filed Response to Debtor's Objection to Claim #2.  Letter to Attorney for Creditor regarding response and claim.

November 29, 2010 (MD) Defendant filed Answer to complaint in the core proceeding.  Deficiency cure due by 12-13-10.

October 29, 2010 (JM) ADV TELEPHONIC PTC SET FOR 1-5-11 AT 9:45 AM (TELEPHONE #(812) 231-1845. ADV SUMMONS, APPEARANCE & COMPLAINT MAILED TO DEFENDANT AT BOTH ADDRESSES. COS FILED WITH THE COURT.

October 21, 2010 (MD) Filed Adversary Complaint #10-58052, Lorenz vs. Bull.  Also filed to employ RWL as ATTY for TE and filed appearance in Adversary Case.

September 30, 2010 (JM)  COPY OF EXHIBITS, SUMMARY OF DISCREPANCIES AND VARIOUS OTHER DOCS RESEARCHED EMAILED TO UST.

September 29, 2010 (JM)  COPY OF FRBP 2004 EXAM TAPE MAILED TO UST,

July 20, 2010 (MD)  Rule 2004 Exam set for 8-20-10 @ 9:00 a.m. in Trustee's Office, Spencer, Indiana.

MAY 25, 2010 (MD)  CASE UNDER ADVISEMENT.  DEBTOR'S SCHEDULES WERE INCOMPLETE.  AMENDED SCHEDULES TO BE FILED.  TE REQUESTED COPIES OF ALL DEEDS, MORTGAGES & BALANCES DUE, CORPORATE INFORMATION INCLUDING P&L STATEMENTS, TITLES TO VEHICLES, AND 2009 TAX RETURNS FOR INDIVIDUAL AND CORPORATE.

| | |
|---|---|
| 10/29/2014 | ADV TELEPHONIC PTC SET FOR 1-5-11 AT 9:45 AM (TELEPHONE #(812) 231-1845. ADV SUMMONS, APPEARANCE & COMPLAINT MAILED TO DEFENDANT AT BOTH ADDRESSES. COS FILED WITH THE COURT. |
| 09/29/2014 | TE returned call to Terry Ranard regarding possible listing of DBTR's real estate. |
| 09/25/2014 | Call from Terry Ranard of West & Co Realty regarding possible sale of two parcels of real estate, one where the old trailer is located and the second, the parcel across the road.  Left msg for TE to return the call.  812-585-7208. |
| 09/22/2014 | Call from Sylvia Haygood.  Still interested in the lot with the trailer.  TE to return her call.  812-829-6365. |
| 06/20/2014 | Received title from BMV on trailer sold at auction.  TE to sign and deliver to buyer on Monday, 06/23/14. |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:     8                                    Exhibit A

| Case No.: | 10-80541-JJG | | Trustee Name: | Richard W. Lorenz |
| Case Name: | BULL, DAVID | | Date Filed (f) or Converted (c): | 04/14/2010 (f) |
| For the Period Ending: | 3/24/2016 | | §341(a) Meeting Date: | 05/25/2010 |
| | | | Claims Bar Date: | 12/22/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 05/13/2014 | FILED APP TO EMPLOY JEFFREY CUMMINS AS TAX PREPARER.  OBJ DUE 5-27-14. |
| 04/28/2014 | Contacted Jeff Cummins CPA to request his preparation of all necessary tax returns for Debtor or Debtor Corporations.   Application to Employ Accountant initiated. |
| 03/06/2014 | DBTR filed MTN for Status Hearing |
| 11/08/2013 | NOVEMBER 8, 2013   TE DISCOVERED DEBTOR WAS HOLDING AN AUCTION OF UNSCHEDULED ASSETS, SCHEDULED FOR TOMORROW, NOVEMBER 9, 2013.  FILED MOTION FOR TURNOVER, MOTION TO SHORTEN TIME, AND MOTION TO SET EMERGENCY HEARING. |
| 10/31/2013 | TE TALKED WITH DATTY REGARDING THE STATUS OF THE DEBTOR'S FILING OF THE MISSING TAX RETURNS. |
| 03/13/2013 | TRIAL HELD.  DEFENDANTS DID NOT APPEAR.  COUNSEL FOR DEFENDANTS APPEARED.  ATTY FOR TE PRESENTED EVIDENCE AND EXHIBITS ADMITTED.  ATTY/TE TO SUBMIT ORDER. |
| 12/05/2012 | Continuance requested by Skillman.  Reset to March 13, 2013 at 10:00. |
| 10/08/2012 | Trial continued to December 5, 2012. |
| 07/26/2012 | ADVERSARY TRIAL HAS BEEN SET FOR OCTOBER 8, 2012. |
| 05/03/2012 | Order on TE's Complaint to Set Aside Fraudulent Transfers and TE's Complaint to Avoid Preferential Transfers issued. . |
| 05/01/2012 | THE TRUSTEE HAS COMPLETED THE NON-DISCHARGEABILITY ADVERSARY COMPLAINT.  THE REMAINING ADVERSARY COMPLAINT FOR SETTING ASIDE REAL ESTATE TRANSFERS DEEMED PREFERENTIAL OR FRAUDULENT.  TRUSTEE WILL FILE LIS PENDES NOTICES ON ALL REAL ESTATE PARCELS.  DEBTOR IS ATTEMPTING TO LIQUIDATE PARCELS TO PAY ALL CLAIMS. |
| 09/09/2011 | TRIAL HLD.  TE TO SUBJECT JUDGMENT ORDER.  DISCHARGE DENIED. |
| 08/17/2011 | Corrected Notice of Hearing on Adversary Case #11-58011, Lorenz v. Bull, David & Peggy set for 9-7-11 @ 9:50 a.m. |
| 07/12/2011 | Filed Mtn to Continue Adversary Hrg. |
| 05/04/2011 | Debtor withdrew objection to claim #1 filed by IDR. |
| 04/18/2011 | Hearing set for 5-13-11 @ 9:00 a.m. on IDR's response to  Debtor's objection to their claim. |
| 04/14/2011 | Summons & Complaint mailed to Defendants.  COS filed with Court, docs #05 & #06. |
| 04/08/2011 | Summons issued.  COS due by 4-18-11.  Answer due by 05-09-11. |
| 04/06/2011 | TE filed adversary complain #11-58011t on fraudulent and preferential transfers. |
| 04/06/2011 | PTC held.  Trial set for August 12, 2011 @ 9:00 a.m. / all day. |
| 01/05/2011 | TE filed Response to Debtor's Objection to Claim #2.  Letter to Attorney for Creditor regarding response and claim. |
| 11/29/2010 | Defendant filed Answer to complaint in the core proceeding.  Deficiency cure due by 12-13-10. |
| 10/21/2010 | Filed Adversary Complaint #10-58052, Lorenz vs. Bull.  Also filed to employ RWL as ATTY for TE and filed appearance in Adversary Case. |
| 09/30/2010 | COPY OF EXHIBITS, SUMMARY OF DISCREPANCIES AND VARIOUS OTHER DOCS RESEARCHED EMAILED TO UST. |
| 09/29/2010 | COPY OF FRBP 2004 EXAM TAPE MAILED TO UST, |
| 07/20/2010 | Rule 2004 Exam set for 8-20-10 @ 9:00 a.m. in Trustee's Office, Spencer, Indiana. |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    9                    Exhibit A

| | | |
|---|---|---|
| **Case No.:** | 10-80541-JJG | |
| **Case Name:** | BULL, DAVID | |
| **For the Period Ending:** | 3/24/2016 | |

| | |
|---|---|
| **Trustee Name:** | Richard W. Lorenz |
| **Date Filed (f) or Converted (c):** | 04/14/2010 (f) |
| **§341(a) Meeting Date:** | 05/25/2010 |
| **Claims Bar Date:** | 12/22/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

05/25/2010    MAY 25, 2010 (MD)  CASE UNDER ADVISEMENT.  DEBTOR'S SCHEDULES WERE INCOMPLETE.  AMENDED SCHEDULES TO BE FILED.  TE REQUESTED COPIES OF ALL DEEDS, MORTGAGES & BALANCES DUE, CORPORATE INFORMATION INCLUDING P&L STATEMENTS, TITLES TO VEHICLES, AND 2009 TAX RETURNS FOR INDIVIDUAL AND CORPORATE

**Initial Projected Date Of Final Report (TFR):**    05/14/2010        **Current Projected Date Of Final Report (TFR):**    08/15/2015        /s/ RICHARD W. LORENZ

RICHARD W. LORENZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 10-80541-JJG | |
| Case Name: | BULL, DAVID | |
| Primary Taxpayer ID #: | **-***6475 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 4/14/2010 | |
| For Period Ending: | 3/24/2016 | |

| | | |
|---|---|---|
| Trustee Name: | Richard W. Lorenz |
| Bank Name: | Bank of Texas |
| Checking Acct #: | ******0140 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $114,123,713.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/04/2013 | | Union Bank | Transfer Funds | 9999-000 | $8,723.60 | | $8,723.60 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.16 | $8,710.44 |
| 01/15/2014 | | WELLS AUCTION COMPANY | AUCTION PROCEEDS CK# 2144 | * | $13,019.06 | | $21,729.50 |
| | {26} | | Gross Auction Proceeds $15,588.50 | 1229-000 | | | $21,729.50 |
| | | | Auctioneer Fee $(1,870.62) | 3610-000 | | | $21,729.50 |
| | | | Auctioneer Expenses $(698.82) | 3620-000 | | | $21,729.50 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.22 | $21,705.28 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.63 | $21,673.65 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $34.97 | $21,638.68 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.79 | $21,604.89 |
| 05/20/2014 | 5001 | CLERK U.S. BANKRUPTCY COURT | Adversary #10-58052 Filing Fee | 2700-000 | | $250.00 | $21,354.89 |
| 05/20/2014 | 5002 | CLERK U.S. BANKRUPTCY COURT | Adversary #11-58011 Filing Fee | 2700-000 | | $250.00 | $21,104.89 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $34.86 | $21,070.03 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.92 | $21,037.11 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.94 | $21,003.17 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.89 | $20,969.28 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.74 | $20,936.54 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.78 | $20,902.76 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.64 | $20,870.12 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.67 | $20,836.45 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.62 | $20,802.83 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.32 | $20,772.51 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.52 | $20,738.99 |
| 04/06/2015 | 5003 | CLERK U.S. BANKRUPTCY COURT | | 2700-000 | | $176.00 | $20,562.99 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | **SUBTOTALS** | $21,742.66 | $1,179.67 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No. | 10-80541-JJG | | | Trustee Name: | Richard W. Lorenz | |
| Case Name: | BULL, DAVID | | | Bank Name: | Bank of Texas | |
| Primary Taxpayer ID #: | **-***6475 | | | Checking Acct #: | ******0140 | |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA | |
| For Period Beginning: | 4/14/2010 | | | Blanket bond (per case limit): | $114,123,713.00 | |
| For Period Ending: | 3/24/2016 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|---|
| 04/24/2015 | | LANGUELL ABSTRACT & TITLE CORP. | CHECK #14632;  ASSET #7 | | * | $51,345.07 | | $71,908.06 |
| | {7} | | Gross Sale Proceeds: | $59,839.33 | 1210-000 | | | $71,908.06 |
| | | | Cost of Sale - Closing Costs: | $(1,340.57) | 2500-000 | | | $71,908.06 |
| | | | Realtor Fees: | $(6,750.00) | 3510-000 | | | $71,908.06 |
| | | | Real Estate Taxes - post-petition | $(403.69) | 2820-000 | | | $71,908.06 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $40.24 | $71,867.82 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $115.97 | $71,751.85 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $112.05 | $71,639.80 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $115.60 | $71,524.20 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $115.41 | $71,408.79 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $111.51 | $71,297.28 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $115.05 | $71,182.23 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $111.16 | $71,071.07 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $114.68 | $70,956.39 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $114.18 | $70,842.21 |
| 02/24/2016 | 5004 | RICHARD W. LORENZ | Special Counsel Fees | | 3210-600 | | $14,012.50 | $56,829.71 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $103.74 | $56,725.97 |

| | | | | | | SUBTOTALS | $51,345.07 | $15,182.09 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No. | 10-80541-JJG | Trustee Name: | Richard W. Lorenz |
| Case Name: | BULL, DAVID | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***6475 | Checking Acct #: | ******0140 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 4/14/2010 | Blanket bond (per case limit): | $114,123,713.00 |
| For Period Ending: | 3/24/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | **TOTALS:** | | | $73,087.73 | $16,361.76 | $56,725.97 |
| | | **Less: Bank transfers/CDs** | | | $8,723.60 | $0.00 | |
| | | **Subtotal** | | | $64,364.13 | $16,361.76 | |
| | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | **Net** | | | $64,364.13 | $16,361.76 | |

| | | | |
|---|---|---|---|
| **For the period of  4/14/2010 to 3/24/2016** | | **For the entire history of the account between 12/04/2013 to 3/24/2016** | |
| Total Compensable Receipts: | $75,427.83 | Total Compensable Receipts: | $75,427.83 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $75,427.83 | Total Comp/Non Comp Receipts: | $75,427.83 |
| Total Internal/Transfer Receipts: | $8,723.60 | Total Internal/Transfer Receipts: | $8,723.60 |
| | | | |
| Total Compensable Disbursements: | $27,425.46 | Total Compensable Disbursements: | $27,425.46 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $27,425.46 | Total Comp/Non Comp Disbursements: | $27,425.46 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-80541-JJG | | Trustee Name: | Richard W. Lorenz |
| Case Name: | BULL, DAVID | | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***6475 | | Checking Acct #: | ******5289 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account (Non-Interest Earn |
| For Period Beginning: | 4/14/2010 | | Blanket bond (per case limit): | $114,123,713.00 |
| For Period Ending: | 3/24/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/29/2013 | | LANGUELL ABSTRACT & TITLE CORP. | SALE OF R.E. - CK#11840 | * | $8,768.60 | | $8,768.60 |
| | {9} | | Gross Sale Proceeds: $9,129.10 | 1210-000 | | | $8,768.60 |
| | | | Settlement Charges: $(360.50) | 2500-000 | | | $8,768.60 |
| 09/25/2013 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $8,753.60 |
| 10/25/2013 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $8,738.60 |
| 11/25/2013 | | Union Bank | Bank Service Fee | 2600-000 | | $15.00 | $8,723.60 |
| 12/04/2013 | | Bank of Texas | Transfer Funds | 9999-000 | | $8,723.60 | $0.00 |
| | | | TOTALS: | | $8,768.60 | $8,768.60 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $8,723.60 | |
| | | | Subtotal | | $8,768.60 | $45.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $8,768.60 | $45.00 | |

| For the period of 4/14/2010 to 3/24/2016 | | For the entire history of the account between 07/29/2013 to 3/24/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $9,129.10 | Total Compensable Receipts: | $9,129.10 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,129.10 | Total Comp/Non Comp Receipts: | $9,129.10 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $405.50 | Total Compensable Disbursements: | $405.50 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $405.50 | Total Comp/Non Comp Disbursements: | $405.50 |
| Total Internal/Transfer Disbursements: | $8,723.60 | Total Internal/Transfer Disbursements: | $8,723.60 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-80541-JJG | Trustee Name: | Richard W. Lorenz |
|---|---|---|---|
| Case Name: | BULL, DAVID | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***6475 | Checking Acct #: | ******5289 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account (Non-Interest Earn |
| For Period Beginning: | 4/14/2010 | Blanket bond (per case limit): | $114,123,713.00 |
| For Period Ending: | 3/24/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $73,132.73 | $16,406.76 | $56,725.97 |

**For the period of 4/14/2010 to 3/24/2016**

| | |
|---|---|
| Total Compensable Receipts: | $84,556.93 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $84,556.93 |
| Total Internal/Transfer Receipts: | $8,723.60 |
| | |
| Total Compensable Disbursements: | $27,830.96 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $27,830.96 |
| Total Internal/Transfer Disbursements: | $8,723.60 |

**For the entire history of the case between 04/14/2010 to 3/24/2016**

| | |
|---|---|
| Total Compensable Receipts: | $84,556.93 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $84,556.93 |
| Total Internal/Transfer Receipts: | $8,723.60 |
| | |
| Total Compensable Disbursements: | $27,830.96 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $27,830.96 |
| Total Internal/Transfer Disbursements: | $8,723.60 |

**CLAIM ANALYSIS REPORT**

Exhibit C

| Case No. | 10-80541-JJG | | Trustee Name: | Richard W. Lorenz |
| Case Name: | BULL, DAVID | | Date: | 3/24/2016 |
| Claims Bar Date: | 12/22/2010 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CLERK U.S. BANKRUPTCY COURT 352 FEDERAL BUILDING 101 NORTHWEST MARTIN L. KING BLVD EVANSVILLE IN 47708 | 10/21/2010 | Clerk of the Courts Costs (includes | Allowed | 2700-000 | $0.00 | $250.00 | $250.00 | $250.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Adversary #10-58052 Filing Fee. | | | | | | | | | | | |
| | CLERK U.S. BANKRUPTCY COURT 352 FEDERAL BUILDING 101 NORTHWEST MARTIN L. KING JR BLVD EVANSVILLE IN 47708 | 04/16/2011 | Clerk of the Courts Costs (includes | Allowed | 2700-000 | $0.00 | $250.00 | $250.00 | $250.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Adversary #11-58011 Filing Fee | | | | | | | | | | | |
| | CLERK U.S. BANKRUPTCY COURT 352 FEDERAL BUILDING 101 NORTHWEST MARTIN L. KING JR BLVD EVANSVILLE IN 47708 | 04/06/2015 | Clerk of the Courts Costs (includes | Allowed | 2700-000 | $0.00 | $176.00 | $176.00 | $176.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Adversary #11-58011 Filing Fee | | | | | | | | | | | |
| | RICHARD W. LORENZ 10 S. MAIN STREET P.O. BOX 46 SPENCER IN 47460-0046 | 01/27/2016 | Special Counsel for Trustee Fees | Allowed | 3210-600 | $0.00 | $14,012.50 | $14,012.50 | $14,012.50 | $0.00 | $0.00 | $0.00 |
| * 1-6A | INDIANA DEPARTMENT OF REVENUE BANKRUPTCY SECTION --- MS 108 100 N. SENATE AVE. N240 INDIANAPOLIS IN 46204 | 09/23/2010 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $38,195.15 | $38,195.15 | $0.00 | $0.00 | $0.00 | $38,195.15 |
| **Claim Notes:** | ADDRESS VERIFIED - KD   NOTE:  Claim will be allowed as secured. | | | | | | | | | | | |

* There is an objection filed for this claim

**CLAIM ANALYSIS REPORT**

Exhibit C

| Case No. | 10-80541-JJG | | Trustee Name: | Richard W. Lorenz |
| Case Name: | BULL, DAVID | | Date: | 3/24/2016 |
| Claims Bar Date: | 12/22/2010 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * 1-6B | INDIANA DEPARTMENT OF REVENUE BANKRUPTCY SECTION --- MS 108 100 N. SENATE AVE. N240 INDIANAPOLIS IN 46204 | 09/23/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $16,692.54 | $16,692.54 | $0.00 | $0.00 | $0.00 | $16,692.54 |
| **Claim Notes:** | ADDRESS VERIFIED - KD | | | | | | | | | | | |
| * 1-6C | INDIANA DEPARTMENT OF REVENUE BANKRUPTCY SECTION --- MS 108 100 N. SENATE AVE., N240 INDIANAPOLIS IN 46204 | 09/23/2010 | Fines, Penalties 726(a)(4) | Allowed | 7300-000 | $0.00 | $9,545.53 | $9,545.53 | $0.00 | $0.00 | $0.00 | $9,545.53 |
| **Claim Notes:** | ADDRESS VERIFIED - KD | | | | | | | | | | | |
| 2 | DANIEL AND CAROL HOLDER C/O ATTORNEY DALE COFFEY 59 N. JEFFERSON ST. MARTINSVILLE IN 46151 | 10/28/2010 | General Unsecured 726(a)(2) | Withdrawn | 7100-000 | $41,855.00 | $161,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | ADDRESS VERIFIED - KD Dale Coffey #765-558-3516  Called & requested they withdraw the claim as the judgment has been satisfied & released in Morgan Superior Ct #1 Cause #55D01-0511-PL-681. | | | | | | | | | | | |
| 3-2A | INTERNAL REVENUE SERVICE CINCINNATI OH 45999-0030 | 04/04/2014 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $1,601.86 | $1,601.86 | $0.00 | $0.00 | $0.00 | $1,601.86 |
| **Claim Notes:** | Noticing address: Internal Revenue Service P.O. Box 7346 Philadelphia, PA  19101-7346 | | | | | | | | | | | |

* There is an objection filed for this claim

**CLAIM ANALYSIS REPORT**

Exhibit C

| | |
|---|---|
| Case No. | 10-80541-JJG |
| Case Name: | BULL, DAVID |
| Claims Bar Date: | 12/22/2010 |

| | |
|---|---|
| Trustee Name: | Richard W. Lorenz |
| Date: | 3/24/2016 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * 3-2B | INTERNAL REVENUE SERVICE Cincinnati OH 45999-0030 | 04/04/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $11,516.04 | $11,516.04 | $0.00 | $0.00 | $0.00 | $11,516.04 |

**Claim Notes:** NOTICING ADDRESS:
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7317

PAYMENT ADDRESS:
Internal Revenue Service
Cincinnati, OH 45999-0030

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3-2C | INTERNAL REVENUE SERIVCE CINCINNATI OH 45999-0030 | 02/18/2015 | Fines, Penalties 726(a)(4) | Allowed | 7300-000 | $0.00 | $5,088.86 | $5,088.86 | $0.00 | $0.00 | $0.00 | $5,088.86 |

**Claim Notes:** Noticing address:
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

| | | | | |
|---|---|---|---|---|
| $258,328.48 | $97,328.48 | $14,688.50 | $0.00 | $0.00 | $82,639.98 |

* There is an objection filed for this claim

**CLAIM ANALYSIS REPORT**

Exhibit C

| | |
|---|---|
| **Case No.** | 10-80541-JJG |
| **Case Name:** | BULL, DAVID |
| **Claims Bar Date:** | 12/22/2010 |

| | |
|---|---|
| **Trustee Name:** | Richard W. Lorenz |
| **Date:** | 3/24/2016 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Claims of Governmental Units - 507( | $39,797.01 | $39,797.01 | $0.00 | $0.00 | $0.00 | $39,797.01 |
| Clerk of the Courts Costs (includes | $676.00 | $676.00 | $676.00 | $0.00 | $0.00 | $0.00 |
| Fines, Penalties 726(a)(4) | $14,634.39 | $14,634.39 | $0.00 | $0.00 | $0.00 | $14,634.39 |
| General Unsecured 726(a)(2) | $189,208.58 | $28,208.58 | $0.00 | $0.00 | $0.00 | $28,208.58 |
| Special Counsel for Trustee Fees | $14,012.50 | $14,012.50 | $14,012.50 | $0.00 | $0.00 | $0.00 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       10-80541-JJG-7A
Case Name:      DAVID BULL
Trustee Name:   Richard W. Lorenz

Balance on hand: _____ $56,725.97

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: _____ $0.00
Remaining balance: _____ $56,725.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Richard W. Lorenz, Trustee Fees | $7,477.85 | $0.00 | $7,477.85 |
| Richard W. Lorenz, Trustee Expenses | $771.69 | $0.00 | $771.69 |
| RICHARD W. LORENZ, Special Counsel for Trustee Fees | $14,012.50 | $14,012.50 | $0.00 |
| CLERK U.S. BANKRUPTCY COURT        , Clerk of the Court Costs | $676.00 | $676.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses: _____ $8,249.54
Remaining balance: _____ $48,476.43

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: _____ $0.00
Remaining balance: _____ $48,476.43

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $39,797.01 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. | Interim | Proposed |
|---|---|---|---|---|

| | | of Claim | Payments to Date | Payment |
|---|---|---|---|---|
| 1-6A | INDIANA DEPARTMENT OF REVENUE | $38,195.15 | $0.00 | $38,195.15 |
| 3-2A | INTERNAL REVENUE SERVICE | $1,601.86 | $0.00 | $1,601.86 |

Total to be paid to priority claims:      $39,797.01

Remaining balance:      $8,679.42

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $28,208.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 30.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1-6B | INDIANA DEPARTMENT OF REVENUE | $16,692.54 | $0.00 | $5,136.08 |
| 3-2B | Internal Revenue Service | $11,516.04 | $0.00 | $3,543.34 |

Total to be paid to timely general unsecured claims:      $8,679.42

Remaining balance:      $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:      $0.00

Remaining balance:      $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $14,634.39 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1-6C | INDIANA DEPARTMENT OF REVENUE | $9,545.53 | $0.00 | $0.00 |
| 3-2C | INTERNAL REVENUE SERIVCE | $5,088.86 | $0.00 | $0.00 |

Total to be paid for subordinated claims:     $0.00
Remaining balance:     $0.00